CHRISTOPHER E. BALESTRERO, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Appellants.— Plaintiff in an action to recover damages for false arrest and malicious prosecution was granted a preference on the ground that he had incurred great expense and indebtedness as a result of the confinement of his wife for mental illness in private institutions. Defendants appeal from the order granting the preference. Order reversed, with $10 costs and disbursements to each appellant filing a separate brief, and motion

denied, without costs. The granting of the motion under the facts disclosed in this record was an improvident exercise of discretion. Concededly plaintiff is gainfully employed at a salary in excess of $100 a week. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.